**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Securitas Security Services USA, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUBERT LYTLE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-02509-JAD-EJY<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

WHEREAS, Plaintiff HUBERT LYTLE ("Plaintiff") filed his Complaint ("Complaint") in this matter on December 16, 2025 [ECF No. 1];

WHEREAS, Plaintiff filed a Proof of Service stating Plaintiff served Defendant SECURITAS SECURITY SERVICES USA, INC. ("Defendant") with a summons, Complaint, and Demand for Jury Trial on December 29, 2025 [ECF No. 5];

WHEREAS, the current deadline for Defendant to answer or otherwise respond to the Complaint is January 19, 2026;

WHEREAS, Defendant has requested and Plaintiff has stipulated to a three-week extension of time, to and including February 9, 2026, of Defendant's deadline to answer or otherwise respond to the Complaint so that the parties may explore the potential for early settlement;

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

169871862.2

WHEREAS, Plaintiff and Defendant are unaware of any current Court deadlines that will be affected by their stipulation herein;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate as follows:

Defendant's deadline to answer or otherwise respond to the Complaint shall be extended to and including February 9, 2026.

Dated this 15th day of January, 2026

GREENBERG GROSS LLP

/s/ _Michael A. Burnette_____
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
Attorneys for Plaintiff HUBERT LYTLE

Dated this 15th day of January, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ _Jessica L. Beeler _____
JOSH COLE AICKLEN
Nevada Bar No. 007254
JESSICA L. BEELER
Nevada Bar No. 15387
Attorneys for Defendant SECURITAS
SECURITY SERVICES USA, INC.

### ORDER

**IT IS SO ORDERED this 15th day of January, 2026.**

_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

169871862.2                          2