JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Hubert Lytle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUBERT LYTLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:25-cv-02509-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

Plaintiff Hubert Lytle ("Plaintiff"), by and through his counsel of record, the law firm of Greenberg Gross LLP, and Defendant Securitas Security Services USA, Inc., by and through its counsel of record, the law firm of Lewis Brisbois Bisgaard & Smith LLP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the following:

///

///

///

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties stipulate to Dismissal with Prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Dated: July 1, 2026

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
 1980 Festival Plaza Drive, Suite 730
 Las Vegas, Nevada 89135

/s/ Jessica L. Beeler
JOSH COLE AICKLEN
Nevada Bar No. 007254
JESSICA L. BEELER
Nevada Bar No. 15387
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorneys for Plaintiff*

*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 1, 2026

-2-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE